IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-343-GCM

| | |
|---|---|
| LEAH CRAIG CHUMBLEY, Individually, ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | ORDER GRANTING ADMISSION PRO HAC VICE |
| WYETH, d/b/a WYETH PHARMACEUTICALS, ) ) ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff to allow **Arnold Anderson (Andy) Vickery** to appear *Pro Hac Vice*, dated July 25, 2011 [doc. # 46].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Vickery has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: July 26, 2011

Graham C. Mullen
United States District Judge