IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-343-GCM

| | |
|---|---|
| LEAH CRAIG CHUMBLEY, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WYETH ) | |
| d/b/a WYETH PHARMACEUTICALS, ) | |
| Defendant. ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference on **November 9, 2011, at 10:30 a.m.** in Courtroom #3.

IT IS SO ORDERED.

Signed: October 12, 2011

Graham C. Mullen
United States District Judge