IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-343-GCM

| | |
|---|---|
| LEah Craig Chumbley,        )<br>    Plaintiff,        )<br>          )<br>v.        )<br>          )<br>WYETH        )<br>d/b/a WYETH PHARMACEUTICALS,        )<br>    Defendant.        ) | **ORDER** |

  THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference on **November 9, 2011, at 10:30 a.m.** in Courtroom #3.

  IT IS SO ORDERED.

              Signed: October 12, 2011

              Graham C. Mullen
              United States District Judge